# Third District Court of Appeal
## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1580
Lower Tribunal No. F14-19599A
_____

**Francky Louis,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Francky Louis, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.


Affirmed. See Louis v. State, 240 So. 3d 705 (Fla. 3d DCA 2018).